untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [rev 3d ed 2005]).

ITC LIMITED et al., Appellants, v PUNCHGINI, INC., et al., Respondents.

Submitted October 15, 2007; decided October 18, 2007

Motion by American Intellectual Property Law Association for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed.

ITC LIMITED et al., Appellants, v PUNCHGINI, INC., et al., Respondents.

Submitted October 15, 2007; decided October 18, 2007

Motion by International Trademark Association for leave to appear amicus curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed.

In the Matter of JAVIER R., an Infant. ROBERT R., Appellant; MELINDA R., Respondent, et al., Respondent.

Submitted October 15, 2007; decided October 18, 2007

Reported below, 43 AD3d 1.

Motion for assignment of counsel granted and Randall S. Carmel, Esq., 53 Jackson Avenue, Syosset, New York 11793 assigned as counsel to the appellant on the appeal herein.

In the Matter of CURTIS McRAE, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Submitted July 30, 2007; decided October 18, 2007

Reported below, 39 AD3d 861.

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

Judge JONES taking no part.